# Archer&Greiner P.C.
## ATTORNEYS AT LAW

**David F. Edelstein**
*Also Member of Pennsylvania Bar*
dedelstein@archerlaw.com
856-354-3125 Direct

One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
**www.archerlaw.com**

August 24, 2012

**VIA ELECTRONIC FILING**

The Honorable Joseph C. Spero
Judge of the District Court
U.S. District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

> **RE:   IN RE PETITION OF NL INDUSTRIES, INC. TO PERPETUATE THE
> TESTIMONY OF FRED OBERLIN
> CIVIL ACTION NO. CV 12 80 169 MISC EMC**

Dear Judge Spero:

This office represents NL Industries, Inc. ("NL") in the above-captioned matter.  I write to request permission to appear by telephone on behalf of NL at the hearing on NL's Petition to Perpetuate Testimony of Fred Oberlin, currently scheduled to occur on August 31, 2012, at 9:30 a.m.  No opposition to the Petition has been filed and attending the hearing by telephone would save significant time and expense as our office is located in Haddonfield, NJ.  My direct land line contact number is (856) 354-3125.

Thank you for your courtesy.

Very truly yours,

ARCHER & GREINER
A Professional Corporation

BY: */s/ David F. Edelstein  (pro hac vice)*

DFE:mlb-8803093V1

IT IS HEREBY ORDERED THAT counsel shall be on phone standby beginning at 9:30 a.m. and await the Court's call.

Dated: 8/28/12

IT IS SO ORDERED
Judge Joseph C. Spero